REDACTED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08- 125 |
| Plaintiff, : | |
| v. : | |
| : | |
| RICHARD DIAZ-GARCIA, : | |
| : | |
| Defendant. : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about May 30, 2008, in the State and District of Delaware, RICHARD DIAZ-GARCIA, defendant herein, an alien and citizen of the Dominican Republic, was found in the United States, and was knowingly in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about July 11, 2007, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border Transportation, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney
Dated: August 14, 2008.