UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Plaintiff　　　　　 )<br>　　　　　　　　　　　　　　　　 )　Cr. No. CR08-125-GMS<br>　　　　v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>Richard Diaz-Garcia　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant　　　　 ) | |

## ORDER

This 28th day of August, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before September 12, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.



Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
　　United States Attorney

FILED

AUG 28 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE